Ronalds & Johnson Company, Appellant, v. Frederick Winterson and William Walters, Respondents.— The record fails to disclose sufficient facts to warrant the opening of the default. The order must, therefore, be reversed, with ten dollars costs and disbursements, and the motion denied, with costs. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Jacob Rosenberg, Respondent, v. Harry Chaimowitz, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Henry G. Sanford, as Administrator, etc., of Robert Sanford, Deceased, Respondent, v. Benjamin T. Rhoads, Jr., and Others, Appellants, Impleaded with Martha W. Mooney and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Charles M. Searles, Respondent, v. John Corcoran, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Mary Skelly, Respondent, v. John Arthur, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Jacob Silberman, Respondent, v. Louis Lamchick and Jacob Lamchick, Copartners, etc., Appellants.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Maurice I. Strunsky and Henry Davidson, Respondents, v. Louis Minsky, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Union Free School District No. 4, Town of Orangetown, County of Rockland, Respondent, v. Paulinus L. Grear, and Others, Appellants. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred; Hooker, J., dissented.